

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00009-CR

---

### DARRYL STEPHEN POPE, APPELLANT

### V.

### THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 19th District Court
McLennan County, Texas
Trial Court No. 2019-794-C1, Honorable Thomas C. West, Presiding

---

## July 10, 2024

## MEMORANDUM OPINION

### Before QUINN, CJ, and DOSS and YARBROUGH, JJ.

Appellant, Darryl Stephen Pope, appeals his conviction for indecency with a child[1] and sentence of ten years' confinement.[2]  Pending before this Court is Appellant's motion to voluntarily dismiss the appeal.  As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney.  As no decision of the Court

---

[1] *See* TEX. PENAL CODE ANN. § 21.11.

[2] Originally appealed to the Tenth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

has been delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.